IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.;<br>LOVELACE HEALTH SYSTEMS;<br>EQUIFAX INFORMATION SERVICES, INC.;<br>TRANS UNION CORPORATION; and<br>EXPERIAN NAT'L ASSISTANCE CENTER,<br><br>　　　　　　　　　　Defendants. | C.A. No: 04-10073-NG |

## CERTIFICATE OF SERVICE

I, Mardic Marashian, Attorney for the Defendant Trans Union LLC, hereby certify that I have this day served, by first class mail, postage prepaid, a copy of the within Answer of Defendant, Trans Union LLC on Plaintiff's counsel of record, Andrew M. Fischer, Esq., Jason & Fischer, 47 Winter Street, Boston, Massachusetts 02108.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mardic Marashian, Esq.

DATED: March 2, 2004