## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM P. CHERNICOFF, | ) ) ) | CIVIL ACTION NO. 04-10073NG |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| NCO FINANCIAL SYSTEMS, INC., LOVELACE HEALTH SYSTEMS, EQUIFAX INFORMATION SERVICES, LLC, BIRCHWOOD CREDIT SERVICES, INC., TRANS UNION CORPORATION, and EXPERIAN NATIONAL ASSISTANCE CENTER, | ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Pursuant to Local Rule 7.3, defendant Equifax Information Services LLC submits the following corporate disclosure statement identifying parent corporations and publicly held companies owning ten percent of Equifax's stock:

1. Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc.
2. Equifax Inc. is publicly traded on the New York Stock Exchange.

821278

Respectfully submitted,

**EQUIFAX INFORMATION SERVICES LLC,** by its attorneys,

David B. Wilson  (BBO# 548359)
ROBINSON & COLE LLP
One Boston Place
Boston, Massachusetts 02108-4404
Tel 617-557-5900
*Of Counsel:*
Corey Cutter, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Tel 404-815-6500

DATED: March 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2004, I caused a true and correct copy of the foregoing to be served by U.S. mail, postage prepaid, addressed as follows:

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108

Signed under the penalties of perjury on March 5, 2004.

David B. Wilson

2