UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM P. CHERNICOFF )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>LOVELACE HEALTH SYSTEMS, )<br>EQUIFAX INFORMATION SERVICES, LLC )<br>BIRCHWOOD CREDIT SERVICES, INC., )<br>TRANSUNION CORPORATION, and )<br>EXPERIAN NATIONAL ASSISTANCE )<br>CENTER, )<br>Defendants. )<br>) | CA #04-10073NG |

## ASSENTED-TO MOTION OF THE DEFENDANT, NCO FINANCIAL SYSTEMS, INC., TO ENLARGE TIME TO RESPOND TO THE COMPLAINT OF THE PLAINTIFF, WILLIAM P. CHERNICOFF

The defendant, NCO Financial Systems, Inc. ("NCO"), respectfully moves, **with the assent of the plaintiff,** to enlarge the time by which NCO must answer, object or otherwise respond to the plaintiff's Complaint from March 14, 2004 up to and including April 13, 2004. Counsel for the plaintiff assented to this motion by telephone on March 9, 2004.

WHEREFORE, NCO requests that this Court allow this Assented-To Motion and enlarge the time to respond to the plaintiff's Complaint until April 13, 2004.

| The Defendant, | The Plaintiff, |
|---|---|
| NCO FINANCIAL SYSTEMS, INC., | WILLIAM P. CHERNICOFF, |
| By its Attorneys, | By his Attorney, |
| *[signature]* | *[signature]* |
| James J. Duane, III, Esq.<br>B.B.O. # 136500<br>Eric M. Chodkowski, Esq.<br>B.B.O. # 648629<br>TAYLOR, DUANE, BARTON & GILMAN, LLP<br>111 Devonshire Street<br>Boston, MA 02109<br>(617) 654-8200 | Andrew M. Fischer<br>B.B.O. # 167040<br>JASON AND FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904 |

### CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE

I, Eric M. Chodkowski, hereby certify that, prior to filing the within motion, I conferred with counsel for the plaintiff concerning said motion, who advised that they assent to said motion. I further certify that on this ___ day of March, 2004, I served a copy of the above motion by mailing same, postage prepaid to all counsel of record.

*[signature]*
Eric M. Chodkowski