## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

WILLIAM P. CHERNICOFF,               )
                                     )
                  Plaintiff,         )
                                     )
v.                                   )       CIVIL ACTION FILE
                                     )       NO.  04-10073-NG
NCO FINANCIAL SYSTEMS INC.,          )
LOVELACE HEALTH SYSTEMS,             )
EQUIFAX INFORMATION SERVICES         )
LLC, BIRCHWOOD CREDIT SERVICES       )
INC., TRANS UNION CORPORATION        )
and EXPERIAN NATIONAL                )
ASSISTANCE CENTER,                   )
                                     )
                  Defendants.        )
_____ )

## DEFENDANT EQUIFAX INFORMATION
## SERVICES LLC'S UNOPPOSED MOTION TO
## ENLARGE TIME FOR FILING ANSWER

Defendant Equifax Information Services LLC ("Equifax"), successor-in-interest to

Equifax Credit Information Services, Inc., by counsel, hereby files its Motion to Enlarge

Time for Filing Answer as follows:

1.      Equifax's Answer was originally due on February 2, 2004.  Equifax

inadvertently did not file its Answer by that date.

2.      Equifax has now retained local counsel and requests that the time for filing

its Answer be enlarged through and including March 16, 2004.

3.      Plaintiff has no objection to this request.

821047

WHEREFORE, Defendant Equifax requests that this motion be granted.

Respectfully submitted,

**Defendant,**
**EQUIFAX INFORMATION**
**SERVICES LLC,** by its attorneys,


_____
David B. Wilson  (BBO# 548359)
ROBINSON & COLE LLP
One Boston Place
Boston, Massachusetts 02108-4404
Tel 617-557-5900
**Of Counsel:**
J. Anthony Love, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Tel 404-815-6500

DATED:  March 3, 2004

2

ATLLIB01 1647711.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2004, I caused a true and correct copy of the foregoing to be served by U.S. mail, postage prepaid, addressed as follows:

Andrew M. Fischer, Esq.
Counsel for Plaintiff
Jason & Fischer
47 Winter Street
Boston, MA 02108

Signed under the penalties of perjury on March 3, 2004.

_David B. Wilson_
David B. Wilson

ATLLIB01 1647711.1