# TAYLOR DUANE BARTON & GILMAN, LLP

Attorneys at Law

111 Devonshire Street
Boston, Massachusetts 02109

617/654-8200
Fax 617/482-5350
www.tdbgllp.com

10 Dorrance Street, Suite 700
Providence, Rhode Island 02903

401/273-7171
Fax 401/273-2904

Writer's E-mail Address
echodkowski@tdbgllp.com

ALLAN E. TAYLOR*
JAMES J. DUANE III*
JOHN J. BARTON**
PAMELA SLATER GILMAN*
EDWARD D. SHOULKIN*
JENNIFER ELLIS BURKE*
FRANCIS A. CONNOR III**
ROBERT C. SHINDELL**
CRAIG R. WAKSLER**
STEPHEN ADAMS**°
SHERI L. PIZZI*
ANDRIA COLETTA**
TAMARA J. SMITH*
ROBERT M. ELMER**^
JENNIFER LYNCH BUCKLEY**
CAROLE L. McLAUGHLIN**
ERIC M. CHODKOWSKI*
LAWRENCE T. GINGROW III**
TIMOTHY E. BRAY*°
EDWARD COBURN**
ANDREW C. COULAM**
ANDREW R. WEINER*
C. MURRAY HARRIS*
KRISTIE L. McCANN□

\* admitted in Massachusetts
• admitted in Rhode Island
° admitted in Connecticut
^ admitted in New York
$ admitted in Maine
□ admitted in Texas

March 24, 2004

Clerk of the Court
United States District Court for
the District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   William Chernicoff v. NCO Financial Systems, Inc.
      USDC, District of Massachusetts; CA #04-10073NG

Dear Sir or Madam:

We recently received the Court's Notice stating that electronic case filing is mandatory in Judge Gertner's session as of February 2, 2004. We are writing to request that the Court waive its electronic filing requirement with respect to our law firm because we are presently taking steps to acquire the technology needed for electronic filing. We will notify the Court as soon as we become capable of electronic case filing.

Thank you for your attention to this matter.

Very truly yours,

Eric M. Chodkowski

EMC/jms
cc:   Andrew M. Fischer, Esq.
      John B. Carroll, Esq.
      David B. Wilson, Esq.
      Mardic A. Marashian, Esq.