IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF,<br><br>                Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.;<br>LOVELACE HEALTH SYSTEMS;<br>EQUIFAX INFORMATION SERVICES, INC.;<br>TRANS UNION CORPORATION; and<br>EXPERIAN NAT'L ASSISTANCE CENTER,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No: 04-10073-NG

FILING FEE PAID:
RECEIPT # 55160
AMOUNT $ 50.00
BY DPTY CLK
DATE 4/13/04

## MOTION FOR ADMISSION PRO HAC VICE

Mardic Marashian, counsel for Trans Union LLC (improperly plead as Trans Union Corp.) in this case and a member in good standing before this Court, hereby moves pursuant to Rule 83.5.3(b), of the Local Civil Rules for the United States District Court for the admission and appearance in this case of co-counsel, Timothy P. Creech, *Pro Hac Vice*. Mr. Creech is a member in good standing before the United States District Court for the Eastern District of Pennsylvania, District of New Jersey and the Eastern, Southern and Northern Districts of New York.. In addition, he is of good moral character and professional reputation. An affidavit of Timothy P. Creech in support hereof is attached hereto.

Respectfully submitted,
BONIN & MARASHIAN

Mardic Marashian, BBO #548607
77 Franklin Street, 4th Floor
Boston, MA 02110-1510
(617) 723-2525

DATED: April 8, 2004