Dated:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.;<br>LOVELACE HEALTH SYSTEMS;<br>EQUIFAX INFORMATION SERVICES, INC.;<br>TRANS UNION CORPORATION; and<br>EXPERIAN NAT'L ASSISTANCE CENTER,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No: 04-10073-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF TIMOTHY P. CREECH IN
## SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

The undersigned, being duly sworn according to law, deposes and states the following:

1. I am Timothy P. Creech, an associate in the law firm of Satzberg, Trichon, Kogan & Wertheimer, P.C., in Philadelphia, Pennsylvania. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent defendant, Trans Union LLC ("Trans Union") in this lawsuit.

2. I am admitted and licensed to practice law by the Commonwealth of Pennsylvania and the State of New Jersey and I am admitted before the United States Federal Courts for the Eastern District of Pennsylvania, District of New Jersey and the Eastern, Southern and Northern Districts of New York.

3. Since my admission to these bars, I have been and remain a member in good standing thereof. I have never been sanctioned or disciplined by any Bar or State Supreme Court.

4.     I have read and am familiar with the rules of this court.

                                        TIMOTHY P. CREECH
                                        SATZBERG, TRICHON,
                                          KOGAN & WERTHEIMER, P.C.
                                        1818 Market Street, 30th Floor
                                        Philadelphia, PA 19103-3699
                                        (215) 575-7600
                                        (215) 575-7640 fax

SWORN TO AND SUBSCRIBED
before me this 5th day of
April _____, 2004.


_____
NOTARY PUBLIC


Notarial Seal
Mary E. Mattox, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires June 16, 2005
Member, Pennsylvania Association of Notaries

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

}

EASTERN DISTRICT OF PENNSYLVANIA

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Timothy P. Creech, Bar # 81728, was duly admitted to practice in said Court on October 7, 1998, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                                   Clerk of Court

on January 23, 2004.                                    BY _____
                                                                  Aida Ayala,       Deputy Clerk