IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF, )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC.; )<br>LOVELACE HEALTH SYSTEMS; )<br>EQUIFAX INFORMATION SERVICES, INC.; )<br>TRANS UNION CORPORATION; and )<br>EXPERIAN NAT'L ASSISTANCE CENTER, )<br>)<br>    Defendants. ) | C.A. No: 04-10073-NG |

## CERTIFICATE OF SERVICE

I, Mardic Marashian, Attorney for the Defendant Trans Union LLC, hereby certify that I have this day served, by first class mail, postage prepaid, a copy of the within Motion for Admission Pro Hac Vice and Affidavit of Bruce S. Luckman in Support of Motion for Admission Pro Hac Vice and Motion for Admission Pro Hac Vice and Affidavit of Timothy P. Creech in Support of Motion for Admission Pro Hac Vice on all counsel of record as follows:

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108

John Byrne Carroll, Esq.
Carroll Law Office
Four Courthouse Lane
Chelmsford, MA 01824

Eric M. Chadkowski, Esq.
Taylor Duane Barton & Gilman, LLP
111 Devonshire Street
Boston, MA 02109

David B. Wilson, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108

_____
Mardic Marashian, Esq.

DATED: April 12, 2004