# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM P. CHERNICOFF, | ) | CIVIL ACTION NO. 04-10073NG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| LOVELACE HEALTH SYSTEMS, | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, BIRCHWOOD | ) | |
| CREDIT SERVICES, INC., TRANS | ) | |
| UNION CORPORATION, and | ) | |
| EXPERIAN NATIONAL ASSISTANCE | ) | |
| CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

### EQUIFAX'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Equifax submits the following corporate disclosure statement identifying parent corporations and publicly held companies owning ten percent (10%) of Equifax's stock:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax, Inc.  Equifax, Inc. is publicly traded on the New York Stock Exchange.

*EQUIFAX INFORMATION SERVICES LLC,* **b**y its attorneys,

*/s/ David B. Wilson*

David B. Wilson  (BBO# 548359)
ROBINSON & COLE LLP
One Boston Place
Boston, Massachusetts 02108-4404
Tel 617-557-5900

DATED:  May 13, 2004

*Of Counsel:*
Corey Cutter, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

825958

2

Tel 404-815-6500

Case 1:04-cv-10073-NG     Document 20     Filed 05/13/2004     Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2004, I caused a true and correct copy of the foregoing to be served by U.S. mail, postage prepaid, addressed as follows:

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108

James J. Duane, Esq.
Eric M. Chodkowski
Taylor Duane Barton & Gilman
111 Devonshire Street
Boston, MA 02109

Mardic Marashian, Esq.
Bonin & Marashian
77 Franklin Street, 4th Floor
Boston, MA 02110-1510

Timothy P. Creech, Esq.
Bruce S. Luckman, Esq.
Satzberg Trichon Kogan & Wertheimer
1818 Market Street, 30th Floor
Philadelphia, PA 19103-33699

John Byrne Carroll, Esq.
Carroll Law Office
4 Courthouse Lane
Chelmsford, MA 01824

Signed under the penalties of perjury on May 13, 2004.

*David B. Wilson*
_____
David B. Wilson