UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10073-NG

| | |
|---|---|
| WILLIAM P. CHERNICOFF,<br>　　Plaintiff<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>LOVELACE HEALTH SYSTEMS,<br>EQUIFAX INFORMATION SERVICES,<br>INC., BIRCHWOOD CREDIT<br>SERVICES, INC., TRANSUNION<br>CORPORATION, and EXPERIAN<br>NATIONAL ASSISTANCE CENTER,<br>　　Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## NOTICE OF APPEARANCE

Please enter the appearance of Ronald I. Bell, Bernstein & Bell, 4 Courthouse Lane, Chelmsford, Massachusetts, 01824, as counsel to Defendant, Birchwood Credit Services, Inc.

BIRCHWOOD CREDIT SERVICES, INC.,
By Defendant's Attorneys
BERNSTEIN & BELL

_____
Ronald I. Bell, BBO #036400
4 Courthouse Lane
Chelmsford, MA 01824
(978) 458-6339

Dated: May 11, 2004

## CERTIFICATE OF SERVICE

I, Ronald I. Bell, attorney for the Defendant, BIRCHWOOD CREDIT SERVICES, INC., hereby certify that on May 11, 2004, I served the within, NOTICE OF APPEARANCE, upon the Plaintiff and Defendant, by mailing a true and exact copy thereof, postage prepaid to all counsel of record:

Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
SATZBERG, TRICHON, KOGAN &
WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Mardic Marashian, Esq.
Bonin & Marashian
77 Franklin Street
Boston, MA 02110

David B. Wilson, Esq.
ROBSINSON & COLE, LLP
One Boston Place
Boston, MA 02108

James J. Duane, Esq.
Eric M. Chadkowski, Esq.
TAYLOR, DUANE, BARTON &
GILMAN, LLP
111 Devonshire Street
Boston, MA 02109

George W. Price, Esq.
MINTZ, LEVIN, COHN, GLOVSKY
and POPEO, P.C.
One Financial Center
Boston, MA 02111

SIGNED, under the penalties of perjury this 11th day of May 2004.

_____
Ronald I. Bell



# BERNSTEIN & BELL
ATTORNEYS AT LAW

4 COURTHOUSE LANE
CHELMSFORD, MA 01824

TELEPHONE (978) 458-6339
TELECOPIER (978) 453-4286
E-mail: Bandblaw@gis.net

EUGENE D. BERNSTEIN, J.D.
RONALD I. BELL, J.D., LL.M.

May 11, 2004

United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Chernicoff v. NCO Financial Systems, Inc., et al.*
United States District Court, District of Massachusetts, C.A. No. 04-10073-NG

Dear Sir/Madam:

Enclosed is my Notice of Appearance as counsel to Defendant, Birchwood Credit Services, Inc.

Kindly docket and file same with the other papers in this case.

Thank you for your usual courtesy and cooperation.

Very truly yours,

Ronald I. Bell

RIB/jab
Enclosure
cc:     client
        Bruce S. Luckman, Esq.
        Timothy P. Creech, Esq.
        Mardic Marashian, Esq.
        Andrew M. Fischer, Esq.
        James J. Duane, Esq.
        Eric M. Chadkowski, Esq.
        David B. Wilson, Esq.
        George W. Price, Esq.