UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM P. CHERNICOFF )
)
Plaintiff, )
)
v. )  CA #04-10073NG
)
NCO FINANCIAL SYSTEMS, INC., )
LOVELACE HEALTH SYSTEMS, )
EQUIFAX INFORMATION SERVICES, LLC )
BIRCHWOOD CREDIT SERVICES, INC., )
TRANSUNION CORPORATION, and )
EXPERIAN NATIONAL ASSISTANCE )
CENTER, )
Defendants. )

## NOTICE OF APPEARANCE

Please enter our appearance as counsel to the defendant, Lovelace Health Systems, in the above-captioned matter.

The Defendant,
LOVELACE HEALTH SYSTEMS,
By its attorneys,

_____
James J. Duane, III
B.B.O. # 136500
Eric M. Chodkowski
B.B.O. # 648629
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
(617) 654-8200

### CERTIFICATE OF SERVICE

I, Eric M. Chodkowski, attorney for the defendant, Lovelace Health Systems., hereby certify that on May 25, 2004, I mailed a copy of the Notice of Appearance by first class mail, postage prepaid, to all counsel of record.

_____
Eric M. Chodkowski