UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF )<br><br>    Plaintiff, )<br><br>v. )<br><br>NCO FINANCIAL SYSTEMS, INC., )<br>LOVELACE HEALTH SYSTEMS, )<br>EQUIFAX INFORMATION SERVICES, LLC )<br>BIRCHWOOD CREDIT SERVICES, INC., )<br>TRANSUNION CORPORATION, and )<br>EXPERIAN NATIONAL ASSISTANCE )<br>CENTER, )<br><br>    Defendants. ) | CA #04-10073NG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned certify that that the defendant and its counsel, Taylor, Duane, Barton & Gilman, LLP, have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:        May 25, 2004

The Defendant,

NCO FINANCIAL SYSTEMS, INC.,

_____
Michelle H. Lyon, Esq.
NCO Financial Systems, Inc.

The Defendant's Attorneys,

TAYLOR, DUANE, BARTON &
GILMAN, LLP

_____
James J. Duane, III
B.B.O. #136500
Eric M. Chodkowski
B.B.O. #648629
111 Devonshire Street
Boston, Massachusetts 02109
(617) 654-8200

CERTIFICATE OF SERVICE

I, Eric M. Chodkowski, attorney for the defendants, NCO Financial Systems,
hereby certify that on May 26, 2004, I mailed a copy of the Local Rule 16.1 (D)(3)
Certification by first class mail, postage prepaid, to all counsel of record.

_____
Eric M. Chodkowski