UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM P. CHERNICOFF )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>LOVELACE HEALTH SYSTEMS, )<br>EQUIFAX INFORMATION SERVICES, LLC )<br>BIRCHWOOD CREDIT SERVICES, INC., )<br>TRANSUNION CORPORATION, and )<br>EXPERIAN NATIONAL ASSISTANCE )<br>CENTER, )<br>)<br>Defendants. )<br>) | CA #04-10073NG |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, NCO FINANCIAL SYSTEMS, INC.

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, NCO Financial Systems, Inc. ("NCO"), hereby states that it is wholly owned by JDR Holdings, Inc., which, in turn, is wholly owned by Compass International Services Corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc.

The Defendant,
NCO Financial Systems, Inc.,
By its Attorneys,

_____
James J. Duane, III
B.B.O. #136500
Eric M. Chodkowski
B.B.O. #648629
TAYLOR, DUANE, BARTON
 & GILMAN, LLP
111 Devonshire Street
Boston, MA  02109
(617) 654-8200

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 18, 2004.

_____
Eric M. Chodkowski