UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2 A 11: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

WILLIAM P. CHERNICOFF )
)
Plaintiff, )
)
v. )  CA # 04-10073NG
)
NCO FINANCIAL SYSTEMS, INC., )
LOVELACE SANDIA HEALTH SYSTEM, )
INC., EQUIFAX INFORMATION SERVICES, )
LLC, BIRCHWOOD CREDIT SERVICES, )
INC., TRANSUNION CORPORATION, and )
EXPERIAN NATIONAL ASSISTANCE )
CENTER, )
)
Defendants. )

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned certify that that the defendant, Lovelace Sandia Health System, Inc., and its counsel, Taylor, Duane, Barton & Gilman, LLP, have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May 27, 2004

The Defendant,

LOVELACE SANDIA HEALTH
SYSTEM, INC.

_____
Stephen C. Petrovich
Senior Vice President
One Burton Hills Boulevard
Suite 250
Nashville, Tennessee 37215
(615) 296-3000

The Defendant's Attorneys,

TAYLOR, DUANE, BARTON
& GILMAN, LLP

_____
James J. Duane, III
B.B.O. # 136500
Eric M. Chodkowski
B.B.O. # 648629
111 Devonshire Street
Boston, Massachusetts 02109
(617) 654-8200

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on June 1, 2004.

_____
Eric M. Chodkowski