UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM P. CHERNICOFF ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA #04-10073NG |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| LOVELACE HEALTH SYSTEMS, ) | |
| EQUIFAX INFORMATION SERVICES, LLC ) | |
| BIRCHWOOD CREDIT SERVICES, INC., ) | |
| TRANSUNION CORPORATION, and ) | |
| EXPERIAN NATIONAL ASSISTANCE ) | |
| CENTER, ) | |
| ) | |
| Defendants. ) | |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, LOVELACE HEALTH SYSTEMS, INC.**

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, Lovelace Health Systems, Inc. ("Lovelace"), hereby states that it is wholly owned by AHS New Mexico Holdings, Inc., which, in turn, is wholly owned by Ardent Medical Services, Inc. Ardent Medical Services, Inc. is wholly owned by Ardent Health Services, Inc, which, in turn, is wholly owned by Ardent Health Services, LLC.

The Defendant,
LOVELACE HEALTH SYSTEMS,
By its attorneys,

_____
James J. Duane, III
B.B.O. # 136500
Eric M. Chodkowski
B.B.O. # 648629
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
(617) 654-8200

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on June 1, 2004.

_____
Eric M. Chodkowski