UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
IN CLERKS OFFICE

2004 JUN 15  P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILLIAM P. CHERNICOFF, | \* |
| | \* |
| Plaintiff | \* |
| | \* |
| v. | \* |
| | \* |
| NCO FINANCIAL SYSTEMS, INC., LOVELACE | \* |
| HEALTH SYSTEMS, EQUIFAX | \* |
| INFORMATION SERVICES, LLC, | \* |
| BIRCHWOOD CREDIT SERVICES, INC., | \* |
| TRANS UNION CORPORATION, and | \* |
| EXPERIAN NATIONAL ASSISTANCE | \* |
| CENTER, | \* |
| | \* |
| Defendants | \* |

**C.A. No.: 04-10073-NG**
(Magistrate-Judge Cohen)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the plaintiff and move this Honorable Court continue the scheduling

conference, presently scheduled for June 9, 2004, for 30 days.

As reason, plaintiff states that the parties are discussing settlement with some or all of the

defendants. Delaying the scheduling conference will allow the parties to proceed with and

perhaps complete settlement negotiations.

As further reason, plaintiff also states that no party will be prejudiced by this continuance

and that all of the defendants assent to continuing the scheduling conference.

Respectfully submitted,
William P. Chernicoff,
by his counsel,

Date: 6/3/04

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

CERTIFICATE OF SERVICE

        I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Eric M. Chodkowski, Taylor, Duane, Barton & Gilman, LLP, 111 Devonshire Street, Boston, MA 02109; Mardic Marashian, Bonin & Marashian, 77 Franklin Street, Boston, MA 02110; David B. Wilson, Robinson & Cole, One Boston Place, Boston, MA 02108; and to Ronald I. Bell, Bernstein & Bell, 4 Courthouse Lane, Chelmsford, MA 01824.

Date: 6/3/04

Andrew M. Fischer

chernicoff\credit\mtncont