UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*******************************************

WILLIAM P. CHERNICOFF,

       Plaintiff

v.

NCO FINANCIAL SYSTEMS, INC., LOVELACE
HEALTH SYSTEMS, EQUIFAX
INFORMATION SERVICES, LLC,
BIRCHWOOD CREDIT SERVICES, INC.,
TRANS UNION CORPORATION, and
EXPERIAN NATIONAL ASSISTANCE
CENTER,

       Defendants

*******************************************

C.A. No.: 04-10073-NG
(Magistrate-Judge Cohen)

FILED
2004 JUN 28  P 2: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S RULE 16.1(D)(3) CERTIFICATE

Plaintiff, William Chernicoff, in his capacity as plaintiff hereby submits, pursuant to LR 16.1(D)(3), a certificate that he and his counsel have conferred:

a.    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of litigation; and

b.    to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

William Chernicoff

Date: 6/16/04

Respectfully submitted,
William Chernicoff,
by his counsel,

Andrew M. Fischer
BBO# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

## CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of Plaintiff's Rule 16.1(D)(3) Certificate on the defendants by mailing a copy, first class, postage prepaid to Eric M. Chodkowski, Taylor, Duane, Barton & Gilman, LLP, 111 Devonshire Street, Boston, MA 02109; Mardic Marashian, Bonin & Marashian, 77 Franklin Street, Boston, MA 02110; David B. Wilson, Robinson & Cole, One Boston Place, Boston, MA 02108; and to Ronald I. Bell, Bernstein & Bell, 4 Courthouse Lane, Chelmsford, MA 01824.

Date: 6/18/04

Andrew M. Fischer

chernicoff\credit\rule16cert