UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -b  P 4: 08

CIVIL ACTION NO. 04-10073-NG
U.S. DISTRICT COURT
DISTRICT OF MASS

WILLIAM P. CHERNICOFF,
     Plaintiff

v.

NCO FINANCIAL SYSTEMS, INC.,
LOVELACE HEALTH SYSTEMS,
EQUIFAX INFORMATION SERVICES,
INC., BIRCHWOOD CREDIT
SERVICES, INC., TRANSUNION
CORPORATION, and EXPERIAN
NATIONAL ASSISTANCE CENTER,
     Defendants

## BIRCHWOOD CREDIT SERVICES, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Birchwood Credit Services, Inc. ("Birchwood") submits the following corporate disclosure statement identifying any parent corporation and any publicly held companies that owns ten percent (10%) or more of Birchwood:

Birchwood is a privately owned company.

BIRCHWOOD CREDIT SERVICES, INC.,
By Defendant's Attorneys
BERNSTEIN & BELL

Ronald I. Bell, BBO #036400
4 Courthouse Lane
Chelmsford, MA  01824
(978) 458-6339

Dated:  July 2, 2004

## CERTIFICATE OF SERVICE

I, Ronald I. Bell, attorney for the Defendant, BIRCHWOOD CREDIT SERVICES, INC., hereby certify that on July 2, 2004, I served the within, BIRCHWOOD CREDIT SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT, upon the Plaintiff and other Defendants, by mailing a true and exact copy thereof, postage prepaid to all counsel of record:

Attorney for Plaintiff,
Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Attorneys for NCO Financial Systems, Inc.
and Lovelace Health Systems,
James J. Duane, Esq.
Eric M. Chadkowski, Esq.
TAYLOR, DUANE, BARTON &
GILMAN, LLP
111 Devonshire Street
Boston, MA  02109

Attorney for Equifax Information
Services, Inc.,
David B. Wilson, Esq.
ROBSINSON & COLE, LLP
One Boston Place
Boston, MA  02108

Attorney for Defendant, Transunion
Corporation,
Mardic Marashian, Esq.
BONIN & MARASHIAN
77 Franklin Street
Boston, MA  02110

Pro Hac Vice for Defendant, Transunion
Corporation,
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
SATZBERG, TRICHON, KOGAN &
WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA  19103

Attorney for Experian National Assistance
Center,
George W. Price, Esq.
MINTZ, LEVIN, COHN, GLOVSKY
and POPEO, P.C.
One Financial Center
Boston, MA  02111


SIGNED, under the penalties of perjury this 2nd day of July 2004.

Ronald I. Bell