UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10073-NG

FILED
CLERKS OFFICE

2004 JUL -6 P 4: 08

U.S. DISTRICT COURT
DISTRICT OF MASS

WILLIAM P. CHERNICOFF,
Plaintiff

v.

NCO FINANCIAL SYSTEMS, INC.,
LOVELACE HEALTH SYSTEMS,
EQUIFAX INFORMATION SERVICES,
INC., BIRCHWOOD CREDIT
SERVICES, INC., TRANSUNION
CORPORATION, and EXPERIAN
NATIONAL ASSISTANCE CENTER,
Defendants

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned certify that the Defendant and its counsel, Bernstein & Bell, have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 2, 2004

The Defendant,
BIRCHWOOD CREDIT SERVICES, INC.,

_____
Donald A. Cooper
Birchwood Credit Services, Inc.

The Defendant's Attorneys,
BERNSTEIN & BELL,

_____
Ronald I. Bell, BBO # 036400
4 Courthouse Lane
Chelmsford, MA 01824
(978) 458-6339

## CERTIFICATE OF SERVICE

I, Ronald I. Bell, attorney for the Defendant, BIRCHWOOD CREDIT SERVICES, INC., hereby certify that on July 2, 2004, I served the within, LOCAL RULE 16.1(D)(3) CERTIFICATION, upon the Plaintiff and other Defendants, by mailing a true and exact copy thereof, postage prepaid to all counsel of record:

Attorney for Plaintiff,
Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Attorneys for NCO Financial Systems, Inc.
and Lovelace Health Systems,
James J. Duane, Esq.
Eric M. Chadkowski, Esq.
TAYLOR, DUANE, BARTON &
GILMAN, LLP
111 Devonshire Street
Boston, MA 02109

Attorney for Equifax Information
Services, Inc.,
David B. Wilson, Esq.
ROBSINSON & COLE, LLP
One Boston Place
Boston, MA 02108

Attorney for Defendant, Transunion
Corporation,
Mardic Marashian, Esq.
BONIN & MARASHIAN
77 Franklin Street
Boston, MA 02110

Pro Hac Vice for Defendant, Transunion
Corporation,
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
SATZBERG, TRICHON, KOGAN &
WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103

Attorney for Experian National Assistance
Center,
George W. Price, Esq.
MINTZ, LEVIN, COHN, GLOVSKY
and POPEO, P.C.
One Financial Center
Boston, MA  02111

        SIGNED, under the penalties of perjury this 2nd day of July 2004.

                                                          Ronald I. Bell