UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., LOVELACE HEALTH SYSTEMS, EQUIFAX INFORMATION SERVICES, LLC, BIRCHWOOD CREDIT SERVICES, INC., TRANS UNION CORPORATION, and EXPERIAN NATIONAL ASSISTANCE CENTER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10073NG |

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF BRENTON S. BEAN

David B. Wilson, counsel for defendant Equifax Information Services LLC, in this case and a member in good standing before this Court, hereby moves pursuant to Rule 83.5.3(b) of the Local Civil Rules for the United States District Court, for the admission and appearance in this case of co-counsel Brenton S. Bean, *pro hac vice*. Mr. Bean is a member in good standing of the State Bar of Georgia. He was admitted to practice in the State of Georgia on 1993. He is admitted to practice before the Georgia Court of Appeals, the Georgia Supreme Court, the United States District Court for the Northern District of Georgia, the District of Arizona, the District of Colorado, and the 11th Circuit Court of Appeals. In addition, Mr. Bean is of good moral character and professional reputation. An affidavit of Mr. Bean in support hereof is attached hereto.

This 13~~7~~th /15th day of August, 2004.

                                    Respectfully submitted,

                                    EQUIFAX INFORMATION
                                    SERVICES, LLC

                                    By: _David B. Wilson_
                                       David B. Wilson, Esq.

Of Counsel:                         Robinson & Cole LLP
Brenton S. Bean, Esq.           One Boston Place
Kilpatrick Stockton LLP        Boston, MA 02108-4404
1100 Peachtree Street, Suite 2800  617-557-5935
Atlanta, Georgia 30309
404-815-6500