UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF, ) ) ) | CIVIL ACTION NO: 04-10073NG |
| Plaintiff, ) ) | |
| v. ) ) | |
| NCO FINANCIAL SYSTEMS, INC., ) LOVELACE HEALTH SYSTEMS, ) EQUIFAX INFORMATION SERVICES, ) LLC, BIRCHWOOD CREDIT ) SERVICES, INC., TRANS UNION ) CORPORATION, and EXPERIAN ) NATIONAL ASSISTANCE CENTER, ) | |
| Defendants. | |

**AFFIDAVIT OF BRENTON S. BEAN IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

STATE OF GEORGIA

COUNTY OF FULTON

PERSONALLY appeared before the undersigned officer, duly authorized by law to administer oaths, Brenton S. Bean, who after first being duly sworn, deposes and states as follows:

1. My name is Brenton S. Bean. I am an attorney with the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309-4530, telephone number (404) 815-6500, counsel to defendant Equifax Information Services LLC in the action referenced above.

2. I am admitted to practice in the State of Georgia on 1993. I am admitted to practice before the Georgia Court of Appeals, the Georgia Supreme Court, the United

3

ATLLIB01 1786546.1

States District Court for the Northern District of Georgia, the District of Arizona, the District of Colorado, and the 11th Circuit Court of Appeals.

3. I am a member in good standing of the Bar of the State of Georgia. I have never been convicted of a crime, censured, suspended, disciplined or disbarred by any court; nor do I have any disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to the courts of any federal court during the last five years.

4. I agree to abide by the ethical standards governing the practice of law in this Court pursuant to the State Bar Act, the State Bar Rules.

FURTHER AFFIANT SAYETH NOT.

_____
Brenton S. Bean
KILPATRICK STOCKTON LLP
1100 Peachtree St., Ste. 2800
Atlanta, Georgia 30309
(404) 815-6500

SWORN TO BEFORE ME,
THIS 12th DAY OF AUGUST, 2004.

_____
Notary Public for State of Georgia

My Commission Expires:_____

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2004, I caused a true and correct copy of the foregoing to be served by U.S. mail, postage prepaid, addressed as follows:

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108

James J. Duane, Esq.
Eric M. Chodkowski
Taylor Duane Barton & Gilman
111 Devonshire Street
Boston, MA 02109

Mardic Marashian, Esq.
Bonin & Marashian
77 Franklin Street, 4th Floor
Boston, MA 02110-1510

Timothy P. Creech, Esq.
Bruce S. Luckman, Esq.
Satzberg Trichon Kogan & Wertheimer
1818 Market Street, 30th Floor
Philadelphia, PA 19103-33699

John Byrne Carroll, Esq.
Carroll Law Office
4 Courthouse Lane
Chelmsford, MA 01824

Signed under the penalties of perjury on August 13, 2004.

*David B. Wilson*
David B. Wilson

825958