UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF<br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>LOVELACE HEALTH SYSTEMS,<br>EQUIFAX INFORMATION SERVICES, LLC<br>BIRCHWOOD CREDIT SERVICES, INC.,<br>TRANSUNION CORPORATION, and<br>EXPERIAN NATIONAL ASSISTANCE<br>CENTER,<br>Defendants. | )<br>)<br>)<br>)   CA #04-10073NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 30, 2004, counsel for the defendants, NCO Financial Systems, Inc. and Lovelace Health Systems, in the above action, have moved their offices to:

> Taylor, Duane, Barton & Gilman, LLP
> 160 Federal Street, 5th Floor
> Boston, MA 02110

The Defendant,
NCO Financial Systems, Inc. & Lovelace Health Systems
By their attorneys,

_/s/ Eric M. Chodkowski_
James J. Duane, III
B.B.O. # 136500
Eric M. Chodkowski
B.B.O. # 648629
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
(617) 654-8200

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on August 23, 2004.

_/s/ Eric M. Chodkowski_
Eric M. Chodkowski