UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF,<br><br>  Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.;<br>LOVELACE HEALTH SYSTEMS;<br>EQUIFAX INFORMATION SERVICES, INC.;<br>TRANS UNION CORPORATION; and<br>EXPERIAN NAT'L ASSISTANCE CENTER,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No: 04-10073-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 16.1(D)(3) CERTIFICATION

We hereby certify that we have conferred with Trans Union LLC, its authorized representatives, and/or regional litigation counsel with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Trans Union LLC,
by its attorneys,

_____
Bruce. S. Luckman, Esq. (Pro Hac Vice)
Timothy P. Creech, Esq. (Pro Hac Vice)
Marion, Trichon, Kogan & Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103
215-575-7640

_____
Mardic Marashian (BBO#548607)
Bonin & Marashian
77 Franklin Street, 4th Floor
Boston, MA 02110
(617) 723-2525

Dated: September 1, 2004

## CERTIFICATE OF SERVICE

I, Mardic Marashian, Attorney for the Defendant Trans Union LLC, hereby certify that I have this day served, by first class mail, postage prepaid, the within Rule 16 Certification on all counsel of record as follows:

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA  02108

Ronald I. Bell, Esq.
Bernstein & Bell
Four Courthouse Lane
Chelmsford, MA  01824

Eric M. Chodkowski, Esq.
Taylor Duane Barton & Gilman, LLP
160 Federal Street
Boston, MA  02119

David B. Wilson, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA  02108

Brenton Bean, Esq.
Kilpatrick, Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

Bruce S. Luckman, Esq.
Marion, Satzberg, Trichon, Kogan & Wertheimer
1818 Market Street
30th Floor
Philadelphia, PA  19103

_____
Mardic Marashian, Esq.

DATED: September 1, 2004