UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM P. CHERNICOFF, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: 04-10073-NG |
| | ) | |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., LOVELACE HEALTH SYSTEMS, EQUIFAX INFORMATION SERVICES, LLC, BIRCHWOOD CREDIT SERVICES, INC., TRANS UNION CORPORATION, and EXPERIAN NATIONAL ASSISTANCE CENTER, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## RULE 16.1(D)(3) CERTIFICATION

The undersigned do hereby certify that they have conferred with Equifax Information Serves, LLC, its authorized representatives, and/or litigation counsel with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution, as indicated in Local Rule 16.4.

This 20 day of September, 2004.

EQUIFAX INFORMATION SERVICES, LLC

By: /s/ Brenton S. Bean                          /s/ David B. Wilson
Brenton S. Bean, Esq.                            David B. Wilson, Esq.
(Admitted *Pro Hac Vice*)                        (BBO # 548359)
Kilpatrick Stockton LLP                          Robinson & Cole LLP
1100 Peachtree Street, Suite 2800                One Boston Place
Atlanta, Georgia 30309                           Boston, MA 02108-4404
404-815-6500                                     617-557-5935

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing EQUIFAX'S RULE 16.1(d)(3) CERTIFICATE by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108
*Attorney for Plaintiff*

James J, Duane, III
Eric M. Chodkowski
TAYLOR, DUANE, BARTON & GILMAN, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
*Attorneys for Defendant Lovelace Health Systems*
*Attorneys for Defendants NCO Financial Systems, Inc.*

John Byrne Carroll
Carroll Law Office
Four Courthouse Lane
Chelmsford, MA 01824
*Attorney for Defendant Birchwood Credit Services*

Ronald Bell
Bernstein & Bell
Four Courthouse Lane
Chelmsford, MA 01824
*Attorney for Defendant Birchwood Credit Services*

Mardic Marashian
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
*Attorney for Defendant Trans Union*

Dated: September ___20___, 2004.

David B. Wilson