UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF<br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>LOVELACE HEALTH SYSTEMS,<br>EQUIFAX INFORMATION SERVICES, LLC<br>BIRCHWOOD CREDIT SERVICES, INC.,<br>TRANSUNION CORPORATION, and<br>EXPERIAN NATIONAL ASSISTANCE<br>CENTER,<br>Defendants. | CA #04-10073NG |

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the defendant respectfully moves the Court for an Order granting David Israel, Esquire, of Sessions, Fishman & Nathan, L.L.P., leave to practice on behalf of the defendant NCO Financial Systems, Inc., ("NCO"), in the above action. In support of this motion, the defendant states:

1. This Motion for Admission *Pro Hac Vice* is made for good cause in that David Israel has served as counsel for NCO in this and other matters. David Israel has formed a long-standing relationship with NCO and has become acquainted with NCO and its business. See Affidavit of David Israel, Esq. in Support of Application *Pro Hac Vice*, attached hereto as Exhibit "A."

2. David Israel is an attorney with the law firm of Sessions, Fishman & Nathan, L.L.P. located at 201 St. Charles Avenue, 35th Floor, New Orleans, Louisiana

70170, Telephone: (504) 582-1511; Facsimile: (504) 582-1523; Email: disrael@sessions-law.com.

3. The undersigned counsel will be associated with David Israel in the handling of the above-captioned proceeding on behalf of NCO.

4. David Israel is a member of the bar in good standing in every jurisdiction where he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. See Exhibit "A."

5. David Israel is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and will confer with the undersigned counsel during the course of this litigation concerning the Local Rules.

6. The Supreme Court of Louisiana has provided certificates of good standing for David Israel, a copy of which is attached hereto as Exhibit "B."

WHEREFORE, the defendant respectfully moves the Court for an Order granting David Israel, Esq., leave to practice on behalf of the defendant, NCO Financial Systems, Inc., in the above action.

                                          The Defendant,
NCO FINANCIAL SYSTEMS, INC. and
LOVELACE HEALTH SYSTEMS
By their attorneys,

*/s/ Eric M. Chodkowski*

James J. Duane, III
B.B.O. # 136500
Eric M. Chodkowski
B.B.O. # 648629
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA 02110
Dated: April 15, 2005                    (617) 654-8200

### CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, Eric M. Chodkowski, hereby certify that prior to filing the above motion, I conferred with counsel for all parties who assented to said motion. I further certify that on this 15th day of April, 2005, I served a copy of the above motion via first class mail, postage paid, to all counsel of record.

*/s/ Eric M. Chodkowski*

Eric M. Chodkowski