UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>LOVELACE HEALTH SYSTEMS, )<br>EQUIFAX INFORMATION SERVICES, LLC )<br>BIRCHWOOD CREDIT SERVICES, INC., )<br>TRANSUNION CORPORATION, and )<br>EXPERIAN NATIONAL ASSISTANCE )<br>CENTER, )<br>Defendants. ) | CA #04-10073NG |

### AFFIDAVIT OF DAVID ISRAEL, ESQ. IN SUPPORT OF APPLICATION *PRO HAC VICE*

I, David Israel, Esq., being duly sworn, hereby depose and state as follows:

1. This affidavit is submitted in support of the defendant NCO Financial Systems, Inc.'s Motion for Admission *Pro Hac Vice* for the purpose of acting as co-counsel for NCO in the above action.

2. I am a member in good standing of the Louisiana Bar, duly licensed and authorized to practice in all Louisiana state courts; the United States District Courts for the Eastern, Middle and Western Districts of Louisiana, and the U.S. Court of Appeals for the Fifth Circuit.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I am an attorney with the law firm of Sessions, Fishman & Nathan, L.L.P. located at 201 St. Charles Avenue, 35th Floor, New Orleans, Louisiana 70170, Telephone: (504) 582-1511; Facsimile: (504) 582-1523; Email: disrael@sessions-law.com..

6. In representing the defendant before this Court, I will be associated with James J. Duane, III, Esq. and Eric M. Chodkowski, Esq., who maintain an office for the practice of law in the Commonwealth of Massachusetts and who are members in good standing of the Bars of the Commonwealth of Massachusetts and the United States District Court, District of Massachusetts.

7. I have served as counsel for NCO in this and other matters, and as a result, I have formed a long-standing relationship with NCO, and have become acquainted with NCO and its business.

8. For the above stated reasons, I believe that there is good cause for my admission *pro hac vice*.

Signed under the pains and penalties of perjury this __14th__ day of April, 2005.

_____
David Israel

5