# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM P. CHERNICOFF, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 04-10073NG |
| | ) | |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| LOVELACE HEALTH SYSTEMS, | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC, BIRCHWOOD CREDIT | ) | |
| SERVICES, INC., TRANS UNION | ) | |
| CORPORATION, and EXPERIAN | ) | |
| NATIONAL ASSISTANCE CENTER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF AMY GREENSTEIN

David B. Wilson, counsel for defendant Equifax Information Services LLC in this case and a member in good standing before this Court, hereby moves pursuant to Rule 83.5.3(b) of the Local Civil Rules for the United States District Court, for the admission and appearance in this case of co-counsel Amy Greenstein, *pro hac vice*. Ms. Greenstein is a member in good standing of the State Bar of Georgia. She was admitted to practice in the State of Georgia on 1999. She is admitted to practice before the United States District Court for the Northern District of Georgia, the Eastern District of Michigan, and the 11th Circuit Court of Appeals. In addition, Ms. Greenstein is of good moral character and professional reputation. An affidavit of Ms. Greenstein in support hereof is attached hereto.

855815

*EQUIFAX INFORMATION*
*SERVICES LLC,* **b**y its attorneys,


/s/ David B. Wilson
David B. Wilson  (BBO# 548359)
ROBINSON & COLE LLP
One Boston Place
Boston, Massachusetts 02108-4404
Tel 617-557-5900

Dated:  May 10, 2005


***Of Counsel***
J. Anthony Love, Esq.
Amy Greenstein, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Tel 404-815-6500

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2005, I caused a true and correct copy of the foregoing to be served by U.S. mail, postage prepaid, addressed as follows:

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108
***Attorney for Plaintiff***

James J, Duane, III / Eric M. Chodkowski
Taylor Duane Barton & Gilman LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
***Attorneys for Defendant Lovelace Health Systems***
***Attorneys for Defendants NCO Financial Systems, Inc.***

John Byrne Carroll
Carroll Law Office
Four Courthouse Lane
Chelmsford, MA 01824
***Attorney for Defendant Birchwood Credit Services***

Ronald Bell
Bernstein & Bell
Four Courthouse Lane
Chelmsford, MA 01824
***Attorney for Defendant Birchwood Credit Services***

Mardic Marashian
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
***Attorney for Defendant Trans Union***

Signed under the penalties of perjury.

/s/ David B. Wilson
David B. Wilson