UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., LOVELACE HEALTH SYSTEMS, EQUIFAX INFORMATION SERVICES, LLC, BIRCHWOOD CREDIT SERVICES, INC., TRANS UNION CORPORATION, and EXPERIAN NATIONAL ASSISTANCE CENTER,<br><br>Defendants. | CIVIL ACTION NO: 04-10073NG |

### AFFIDAVIT OF AMY GREENSTEIN IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

STATE OF GEORGIA

COUNTY OF FULTON

PERSONALLY appeared before the undersigned officer, duly authorized by law to administer oaths, Amy Greenstein, who after first being duly sworn, deposes and states as follows:

1. My name is Amy Greenstein. I am an attorney with the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309-4530, telephone number (404) 815-6500, counsel to defendant Equifax Information Services LLC in the action referenced above.

2. I am admitted to practice in the State of Georgia on 1999. I am admitted to practice before the United States District Court for the Northern District of Georgia, the Eastern District of Michigan, and the 11th Circuit Court of Appeals.

3. I am a member in good standing of the Bar of the State of Georgia. I have never been convicted of a crime, censured, suspended, disciplined or disbarred by any court; nor do I have any disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to the courts of any federal court during the last five years.

4. I agree to abide by the ethical standards governing the practice of law in this Court pursuant to the State Bar Act, the State Bar Rules.

FURTHER AFFIANT SAYETH NOT.

_____
Amy Greenstein
KILPATRICK STOCKTON LLP
1100 Peachtree St., Ste. 2800
Atlanta, Georgia 30309
(404) 815-6500

SWORN TO BEFORE ME,
THIS 19th DAY OF APRIL, 2005.

_____
Notary Public for State of Georgia

My Commission Expires: April 19, 2005



4

ATLLIB01 1978034.1