UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF, ) ) ) | CIVIL ACTION NO: 04-10073NG |
| Plaintiff, ) ) ) | |
| v. ) ) | |
| NCO FINANCIAL SYSTEMS, INC., ) LOVELACE HEALTH SYSTEMS, ) EQUIFAX INFORMATION SERVICES, ) LLC, BIRCHWOOD CREDIT ) SERVICES, INC., TRANS UNION ) CORPORATION, and EXPERIAN ) NATIONAL ASSISTANCE CENTER, ) | |
| Defendants. | |

### ORDER ADMITTING AMY GREENSTEIN *PRO HAC VICE*

It appearing to the Court that Amy Greenstein, attorney-at-law, declares by affidavit that she meets the requirements for admission *Pro Hac Vice* in this case and she is in good standing to practice in the State of Georgia.

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Amy Greenstein to appear in the United States District Court for the District of Massachusetts is hereby granted.

_____
Judge, United States District Court