# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> NCO FINANCIAL SYSTEMS, INC., ) <br> LOVELACE HEALTH SYSTEMS, ) <br> EQUIFAX INFORMATION SERVICES, ) <br> LLC, BIRCHWOOD CREDIT ) <br> SERVICES, INC., TRANS UNION ) <br> CORPORATION, and EXPERIAN ) <br> NATIONAL ASSISTANCE CENTER, ) <br> ) <br> Defendants.  ) <br> ) | CIVIL ACTION NO. 04-10073-NG <br><br><br><br><br><br> Magistrate Judge Leo T. Sorokin |

## NOTICE OF WITHDRAW OF COUNSEL

    *PLEASE TAKE NOTICE* that Brenton S. Bean withdraws as attorney of record for defendant Equifax Information Services LLC ("Equifax"). Amy Greenstein of Kilpatrick Stockton has filed a motion for admission *pro hac vice*. All further notice to counsel for defendant Equifax should be served upon Equifax's local counsel, David B. Wilson, Esq., of the law firm of Robinson & Cole LLP, at the address indicated below. Defendant Equifax consents to this substitution.

                                             *EQUIFAX INFORMATION*
                                             *SERVICES LLC,* **b**y its attorneys,

                                             /S/ David B. Wilson
                                             David B. Wilson (BBO# 548359)
                                             Robinson & Cole LLP
                                             One Boston Place
                                             Boston, Massachusetts 02108-4404
                                             Tel 617-557-5900
                                             *Of Counsel*
                                             J. Anthony Love, Esq.
                                             Amy Greenstein, Esq.
                                             Kilpatrick Stockton LLP
                                             1100 Peachtree Street, Suite 2800
                                             Atlanta, Georgia 30309
                                             Tel 404-815-6500

857541

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2005, I caused a true and correct copy of the foregoing to be served by U.S. mail, postage prepaid, addressed as follows:

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108
*Attorney for Plaintiff*

James J, Duane, III / Eric M. Chodkowski
Taylor Duane Barton & Gilman LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
*Attorneys for Defendant Lovelace Health Systems*
*Attorneys for Defendants NCO Financial Systems, Inc.*

John Byrne Carroll
Carroll Law Office
Four Courthouse Lane
Chelmsford, MA 01824
*Attorney for Defendant Birchwood Credit Services*

Ronald Bell
Bernstein & Bell
Four Courthouse Lane
Chelmsford, MA 01824
*Attorney for Defendant Birchwood Credit Services*

Mardic Marashian
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
*Attorney for Defendant Trans Union*

Signed under the penalties of perjury.

/S/ David B. Wilson
David B. Wilson