UNITED STATES DISTRICT COURT FILED OFFICE
FOR THE DISTRICT OF MASSACHUSETTS OFFICE

```
*********************************************
WILLIAM P. CHERNICOFF,                        *
                                              *
                 Plaintiff                    *
                                              *
v.                                            *
                                              *
NCO FINANCIAL SYSTEMS, INC., LOVELACE         *
HEALTH SYSTEMS, EQUIFAX                        *     C.A. No.: 04-10073-NG
INFORMATION SERVICES, LLC,                     *
BIRCHWOOD CREDIT SERVICES, INC.,              *
TRANS UNION CORPORATION, and                  *
EXPERIAN NATIONAL ASSISTANCE                  *
CENTER,                                        *
                                              *
                 Defendants                   *
*********************************************
```

## MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the plaintiff and move this Honorable Court continue the scheduling

conference, presently scheduled for May 3, 2005, for 30 days.

As reason, plaintiff states that the undersigned counsel, Andrew Fischer, is a candidate

in a town election on May 3, 2005 in Brookline, Massachusetts and is unavailable because of

the town election.

As further reason, plaintiff also states that no party will be prejudiced by this

continuance and that all of the defendants, except defendant Trans Union, assent to continuing

the scheduling conference.

Respectfully submitted,
William P. Chernicoff,
by his counsel,

Date: _____

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Eric M. Chodkowski, Taylor, Duane, Barton & Gilman, LLP, 111 Devonshire Street, Boston, MA 02109; Mardic Marashian, Bonin & Marashian, 77 Franklin Street, Boston, MA 02110; David B. Wilson, Robinson & Cole, One Boston Place, Boston, MA 02108; Ronald I. Bell, Bernstein & Bell, 4 Courthouse Lane, Chelmsford, MA 01824, Bruce S. Luckman, Satzberg, Trichon, Kogan & Wertheimer, 1818 Market Street, 30th Floor, Philadelphia, PA 19103; Amy Greenstein, Kilpatrick, Stockton LLP, 1100 Peachtree Street, Ste. 2800, Atlanta, GA 30309; and to David Israel, Sessions, Fishman & Nathan LLP, Lakeway Two, 3850 North Causeway Blvd., Ste. 1240, Metairie, LA 70002-1752.

Date: _____

_____
Andrew M. Fischer

chernicoff\credit\mtncont2