UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF, <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., LOVELACE HEALTH SYSTEMS, EQUIFAX INFORMATION SERVICES, LLC, BIRCHWOOD CREDIT SERVICES, INC., TRANS UNION CORPORATION, and EXPERIAN NATIONAL ASSISTANCE CENTER, <br><br> Defendants. | ) <br> ) <br> ) CIVIL ACTION NO: 04-10073-NG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Magistrate Judge Leo T. Sorokin <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT OF COUNSEL

Please take notice that:

All counsel consent to the filing of Amy Greenstein's Motion for Admission Pro Hac Vice on behalf of Equifax Information Services LLC.

This 17 day of May, 2005.

                                    EQUIFAX INFORMATION
                                    SERVICES LLC

By: *David B. Wilson*
David B. Wilson, Esq.
(BBO # 548359)
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
617-557-5935

ATLLIB01 1998241.1

MAY-16-2005 MON 03:07 PM JASON AND FISCHER          FAX NO.                    P. 01/01
                    FAX 404 815 6555        KS ATLANTA
                                                                                ☒003

CONSENT TO: *[signature]*

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108
*Attorney for Plaintiff*


James J. Duane, III
Eric M. Chodkowski
TAYLOR, DUANE, BARTON & GILMAN, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
*Attorneys for Defendant Lovelace Health Systems*
*Attorneys for Defendants NCO Financial Systems, Inc.*


Ronald Bell
Bernstein & Bell
Four Courthouse Lane
Chelmsford, MA 01824
*Attorney for Defendant Birchwood Credit Services*


Mardic Marashian
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
*Attorney for Defendant Trans Union*

05-12-2005  16:01  From-TAYLOR DUANE BARTON GILMAN (LLP         6174825350        T-732   P.002/002   F-270

CONSENT TO:

_____
Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108
*Attorney for Plaintiff*

_____
James J. Duane, III
Eric M. Chodkowski
TAYLOR, DUANE, BARTON & GILMAN, LLP
~~111 Devonshire Street, 5th Floor~~  160 Federal Street, 5th Floor
Boston, MA ~~02109~~  02110
*Attorneys for Defendant Lovelace Health Systems*
*Attorneys for Defendants NCO Financial Systems, Inc.*

_____
Ronald Bell
Bernstein & Bell
Four Courthouse Lane
Chelmsford, MA 01824
*Attorney for Defendant Birchwood Credit Services*

_____
Mardic Marashian
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
*Attorney for Defendant Trans Union*

2

May 13 05 08:11p        bandb carroll walsh            9784534286                p.2
05/12/05  14:42 FAX 404 815 6555        KS ATLANTA
                                                                        ☒004

CONSENT TO:

---

Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108
*Attorney for Plaintiff*

---

James J. Duane, III
Eric M. Chodkowski
TAYLOR, DUANE, BARTON & GILMAN, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
*Attorneys for Defendant Lovelace Health Systems*
*Attorneys for Defendants NCO Financial Systems, Inc.*

Ronald Bell
Bernstein & Bell
Four Courthouse Lane
Chelmsford, MA 01824
*Attorney for Defendant Birchwood Credit Services*

---

Mardic Marashian
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
*Attorney for Defendant Trans Union*

2

CONSENT TO:

_____
Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108
*Attorney for Plaintiff*

_____
James J. Duane, III
Eric M. Chodkowski
TAYLOR, DUANE, BARTON & GILMAN, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
*Attorneys for Defendant Lovelace Health Systems*
*Attorneys for Defendants NCO Financial Systems, Inc.*

_____
Ronald Bell
Bernstein & Bell
Four Courthouse Lane
Chelmsford, MA 01824
*Attorney for Defendant Birchwood Credit Services*

_____
Mardic Marashian
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
*Attorney for Defendant Trans Union*

2

ATLLIB01 1988541.1