UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM P. CHERNICOFF, <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br> LOVELACE HEALTH SYSTEMS, <br> EQUIFAX INFORMATION SERVICES, LLC <br> BIRCHWOOD CREDIT SERVICES, INC., <br> TRANSUNION CORPORATION, and <br> EXPERIAN NATIONAL ASSISTANCE <br> CENTER, <br> Defendants. | CA #04-10073NG |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, with the assent of the parties, the defendants respectfully move the Court for an Order granting Brian D. Roth, Esquire, of Sessions, Fishman & Nathan, L.L.P., leave to practice on behalf of the defendant NCO Financial Systems, Inc., ("NCO"), in the above action. In support of this motion, the defendant states:

1. This Motion for Admission *Pro Hac Vice* is made for good cause in that Brian D. Roth has served as counsel for NCO in this and other matters. Brian D. Roth has formed a long-standing relationship with NCO and has become acquainted with NCO and its business. See Affidavit of Brian D. Roth, Esq. in Support of Application *Pro Hac Vice*, attached hereto as Exhibit "A."

2. Brian D. Roth is an attorney with the law firm of Sessions, Fishman & Nathan, L.L.P. located at 3850 N. Causeway Blvd., Suite 1240, Metairie, Louisiana 70002, Telephone: (504) 828-3700; Facsimile: (504) 828-9191; Email: broth@sessions-law.com.

3. The undersigned counsel will be associated with Brian D. Roth in the handling of the above-captioned proceeding on behalf of NCO.

4. Brian D. Roth is a member of the bar in good standing in every jurisdiction where he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. See Exhibit "A."

5. Brian D. Roth is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and will confer with the undersigned counsel during the course of this litigation concerning the Local Rules.

6. The Supreme Court of Louisiana has provided certificates of good standing for Brian D. Roth, a copy of which is attached hereto as Exhibit "B."

WHEREFORE, the defendant respectfully moves the Court for an Order granting Brian D. Roth, Esq., leave to practice on behalf of the defendant, NCO Financial Systems, Inc., in the above action.

                                            The Defendant,
NCO FINANCIAL SYSTEMS, INC. and
LOVELACE HEALTH SYSTEMS
By their attorneys,

/s/ James J. Duane, III
James J. Duane, III
B.B.O. # 136500
Eric M. Chodkowski
B.B.O. # 648629
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA 02110

Dated: May 19, 2005                       (617) 654-8200

**CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE**

I, Eric M. Chodkowski, hereby certify that prior to filing the above motion, I conferred with counsel for all parties who assented to said motion. I further certify that on this 19th day of May, 2005, I served a copy of the above motion via first class mail, postage paid, to all counsel of record.

/s/ Eric M. Chodkowski
Eric M. Chodkowski

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. CHERNICOFF )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., LOVELACE )<br>HEALTH SYSTEMS, EQUIFAX INFORMATION )<br>SERVICES, LLC, BIRCHWOOD CREDIT )<br>SERVICES, INC., TRANS UNION CORPORATION )<br>and EXPERIAN NATIONAL ASSISTANCE )<br>)<br>Defendants. )<br>) | CIVIL ACTON:<br>NO. 04-10073-NG |

**AFFIDAVIT OF BRIAN D. ROTH, ESQ., IN SUPPORT OF
APPLICATION FOR *PRO HAC VICE***

I, Brian D. Roth Esq., being duly sworn, hereby depose and state as follows:

1. This affidavit is submitted in support of the defendant NCO Financial Systems, Inc.'s Motion for Admission *Pro Hac Vice* for the purpose of acting as co-counsel for NCO in the above action.

2. I am a member in good standing of the Louisiana Bar, duly licensed and authorized to practice in all Louisiana state courts; the United States District Courts for the Eastern, Middle and Western Districts of Louisiana, and the U. S. Court of Appeals for the Fifth Circuit.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

-1-

EXHIBIT A

-2-

5. I am an attorney with the law firm of Sessions, Fishman & Nathan, L.L.P., located at 3850 N. Causeway Blvd., Suite 1240, Metairie, Louisiana 70002; Telephone (504) 828-3700; Facsimile: (504) 828-3737; Email: broth@sessions-law.com.

6. In representing the defendant before this Court, I will be associated with James J. Duane, III, Esq. and Eric M. Chodkowski, Esq., who maintain an office for the practice of law in the Commonwealth of Massachusetts and who are members in good standing of the Bars of the Commonwealth of Massachusetts and the United States District Court, District of Massachusetts.

7. I have served as counsel for NCO in this and other matters, and as a result, I have formed a long-standing relationship with NCO, and have become acquainted with NCO and its business.

8. For the above stated reasons, I believe that there is good cause for my admission *pro hac vice*.

Signed under the pains and penalties of perjury this 18 day of May 2005.

_____
Brian D. Roth

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

BRIAN D. ROTH, ESQ., #22148

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 23rd Day of April, 1993 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 29th Day of April, 2005, A.D.

Clerk of Court
Supreme Court of Louisiana


EXHIBIT B