UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10073-NG

| | |
|---|---|
| WILLIAM P. CHERNICOFF,<br>    Plaintiff<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>LOVELACE HEALTH SYSTEMS,<br>EQUIFAX INFORMATION SERVICES,<br>INC., BIRCHWOOD CREDIT<br>SERVICES, INC., TRANSUNION<br>CORPORATION, and EXPERIAN<br>NATIONAL ASSISTANCE CENTER,<br>    Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## BIRCHWOOD CREDIT SERVICES, INC.

Now come the Plaintiff, William P. Chernicoff ("Chernicoff"), and Defendant, Birchwood Credit Services, Inc. ("Birchwood") and pursuant to the provisions of Rule 41 (a)(1)(ii) of the F.R.C.P., hereby stipulate that the Complaint against Birchwood be dismissed in its entirety, with prejudice and without costs to either party. This Stipulation of Dismissal does not dismiss Plaintiff's Complaint against the remaining defendants.

The parties hereby waive the Clerk's notice of the entry of this Stipulation as required under Rule 77(d), of the F.R.C.P., and also waive all rights of appeal therefrom.

| BIRCHWOOD CREDIT SERVICES, INC. | WILLIAM P. CHERNICOFF |
| By Defendant's Attorneys | By Plaintiff's Attorneys |

*/s/ Ronald I. Bell*
Ronald I. Bell, BBO #036400
BERNSTEIN & BELL
4 Courthouse Lane
Chelmsford, MA 01824
(978) 458-6339

*/s/ Andrew M. Fischer*
Andrew M. Fischer, BBO #167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

NCO FINANCIAL SYSTEMS, INC. and
LOVELACE HEALTH SYSTEM
By their attorneys

TRANS UNION LLC
By its attorney

*/s/ Eric M. Chodkowski by RIB*
James J. Duane, III, BBO #136500
Eric M. Chodkowski, BBO # 648629
TAYLOR, DUANE, BARTON &
GILMAN, LLP
160 Federal Street
Boston, MA 02110
(617) 654-8200

*/s/ Mardic Marashian by RIB*
Mardic Marashian, BBO # 548607
BONIN & MARASHIAN
77 Franklin Street, 4th Floor
Boston, MA 02110
(617) 723-2525

EQUIFAX INFORMATION SERVICES, LLC
By its attorney

*/s/ David B. Wilson by RIB*
David B. Wilson, BBO # 548359
ROBINSON & COLE, LLP
One Boston Place
Boston, MA 02108
(617) 557-5935

Dated: 3/26/05