UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM P. CHERNICOFF,

    Plaintiff,

v.                                                                        C.A. NO. 04-10073 NG

NCO FINANCIAL SYSTEMS, INC.
LOVELACE HEALTH SYSTEMS,
EQUIFAX INFORMATION SERVICES,
LLC, BIRCHWOOD CREDIT SERVICES,
INC., TRANS UNION CORPORATION,
and EXPERIAN NATIONAL
ASSISTANCE CENTER,

    Defendants.

### FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Federal Rule of Civil Procedure 7.1(a) that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The parent company of Experian is GUS, PLC ("GUS").

2. Subsidiaries Not Wholly Owned: Experian does not have any subsidiaries which fall into this category.

3. Publicly Held Companies: GUS owns 100 percent of Experian. GUS is publicly traded on the London Stock Exchange.

Dated: June 21, 2005

                                    Respectfully submitted,

\s\Robert S. White_____
Robert S. White, BBO # 552229
Ellen O'Connor, BBO # 651523
Bourgeois, Dresser, White and Beard
4 Dix Street
Worcester, MA 01609
Tel: 508-798-8801
Fax: 508-754-1943

*Of Counsel:*
Christine E. Jennings, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3732
Facsimile: (212) 755-7306

*Attorneys for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, ELLEN O'CONNOR, HEREBY CERTIFY THAT ON JUNE 21, 2005 A TRUE AND CORRECT COPY OF EXPERIAN INFORMATION SOLUTION, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT WAS SENT TO:

VIA OVERNIGHT DELIVERY:

ANDREW M. FISCHER, ESQ.
JASON & FISCHER
47 WINTER STREET
BOSTON, MA 02108

*ATTORNEY FOR PLAINTIFF WILLIAM CHERNICOFF*

                              _\s\ELLEN O'CONNOR_____
                                  ELLEN O'CONNOR