UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*******************************************
WILLIAM P. CHERNICOFF,                     *
                                           *
            Plaintiff                      *
                                           *
v.                                         *
                                           *
NCO FINANCIAL SYSTEMS, INC., LOVELACE      *
HEALTH SYSTEMS, EQUIFAX                    *   C.A. No.: 04-10073-NG
INFORMATION SERVICES, LLC,                 *
BIRCHWOOD CREDIT SERVICES, INC.,           *
TRANS UNION CORPORATION, and               *
EXPERIAN NATIONAL ASSISTANCE               *
CENTER,                                    *
                                           *
            Defendants                     *
*******************************************
```

## STATUS REPORT

Now comes the plaintiff and provides the following status report:

1. Claims against all defendants have been settled.

2. Releases have been executed and settlement moneys paid and received from defendants Birchwood Credit Services, Inc., NCO Financial Systems, Inc., Lovelace Health Systems and Trans Union Corporation.

3. A release have been executed and plaintiff awaits receipt of settlement proceeds from defendant Equifax Information Services, LLC.

4. Settlement has been reached and plaintiff awaits receipt of a release from defendant Experian National Assistance Center.

     5. Plaintiff seeks time to receive funds in hand before filing a stipulation of dismissal. He expects to have all funds in hand within tow weeks, but seeks a thirty day period in which to complete execution of settlement papers and receipt of funds.

|  |  |
|---|---|
|  | Respectfully submitted,<br>William P. Chernicoff,<br>by his counsel, |
| Date: 7/21/05 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>afischer@jasonandfischer.com |

CERTIFICATE OF SERVICE

     I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Eric M. Chodkowski, Taylor, Duane, Barton & Gilman, LLP, 111 Devonshire Street, Boston, MA 02109; Mardic Marashian, Bonin & Marashian, 77 Franklin Street, Boston, MA 02110; David B. Wilson, Robinson & Cole, One Boston Place, Boston, MA 02108; Ronald I. Bell, Bernstein & Bell, 4 Courthouse Lane, Chelmsford, MA 01824, Bruce S. Luckman, Satzberg, Trichon, Kogan & Wertheimer, 1818 Market Street, 30th Floor, Philadelphia, PA 19103; Amy Greenstein, Kilpatrick, Stockton LLP, 1100 Peachtree Street, Ste. 2800, Atlanta, GA 30309; David Israel, Sessions, Fishman & Nathan LLP, Lakeway Two, 3850 North Causeway Blvd., Ste. 1240, Metairie, LA 70002-1752; and to Ellen O'Connor, Bourgeois, Dresser, White & Beard, Four Dix Street, Worcester, MA 01609.

| | |
|---|---|
| Date: 7/21/05 | /s/ Andrew M. Fischer<br>Andrew M. Fischer |

chernicoff\credit\statusreport.wpd