UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| WILLIAM P. CHERNICOFF, | \* |
| Plaintiff | \* |
| v. | \* |
| NCO FINANCIAL SYSTEMS, INC., LOVELACE HEALTH SYSTEMS, EQUIFAX INFORMATION SERVICES, LLC, BIRCHWOOD CREDIT SERVICES, INC., TRANS UNION CORPORATION, and EXPERIAN NATIONAL ASSISTANCE CENTER, | \*  C.A. No.: 04-10073-NG |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STIPULATION OF DISMISSAL

Now come the parties and move pursuant to Mass. R. Civ. P. Rule 41a(1) that the above captioned matter be dismissed with prejudice and without costs.

| | |
|---|---|
| NCO Financial Systems<br>By counsel, | William Chernicoff<br>By counsel, |
| /s/ Eric Chodkowski By AMF | /s/ Andrew Fischer |
| Eric M. Chodkowski<br>TAYLOR, DUANE, BARTON & GILMAN<br>160 Federal Street, 5th Floor<br>Boston, MA 02110<br>(617) 654-8200 | Andrew M. Fischer<br>JASON & FISCHER<br>47 Winter Street, 4th Floor<br>Boston, MA 02108<br>(617) 423-7904<br>BB0# 167040 |

| | |
|---|---|
| Trans Union Corporation<br>by its counsel, | Equifax Information Services<br>by its counsel, |
| *(signature)* By Amf | *(signature)* by Amf |
| Mardic Marasian<br>BONIN & MARASHIAN<br>77 Franklin Street<br>Boston, MA 02110<br>(617) 723-2525 | David B. Wilson<br>ROBINSON & COLE<br>One Boston Place<br>Boston, MA 02108<br>(627) 557-5900 |

Experian National Assistance
by its counsel,

*(signature)* by Amf

Ellen O'Connor
BOURGEOIS, DRESSER, WHITE & BEARD
Four Dix Street
Worcester, MA 01609
(5098) 798-8801

Date: 10/25/05

chernicoff/credit/\stipdis

-2-